**LEWIS BRISBOIS BISGAARD & SMITH** LLP
CHRISTOPHER J. BAKES, SB# 99266
  E-Mail: Christopher.Bakes@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
DAVID M. FLORENCE, SB# 242857
  E-Mail: David.Florence@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.862

Attorneys for Defendants FIFTH SUN HOLDINGS, INC., GONZALES PARK, LLC d/b/a FIFTH SUN, GROUPON, INC., and AMAZON.COM, INC.

```
                  FILED
          CLERK, U.S. DISTRICT COURT

                01/12/21

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      WH         DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SARA M. LYONS,<br><br>     Plaintiff,<br><br>   vs.<br><br>FIFTH SUN HOLDINGS, INC., GONZALES PARK, LLC d/b/A FIFTH SUN, GROUPON, INC., and AMAZON.COM, INC.,<br><br>     Defendants. | Case No. 8:21-cv-00995-PSG-ADS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THIS CAUSE, having come before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the Court having considered the Stipulation and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation for Dismissal with Prejudice is **GRANTED**, the Above-Captioned Case is dismissed with prejudice and each Party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: 01/12/22

_____
HON. PHILIP S. GUTIERREZ